UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 11-1199-JST(ANx)            Date:  October 26, 2011

Title:  Tim Lee Conn v. A.M. & W. International Inc., etc., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                        Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE JOINT 26(F) REPORT**

      On August 15, 2011, the Court set a scheduling conference for November 7, 2011, and ordered the parties to "file a Joint 26(f) Report . . . **no later than 14 days before the date set for the scheduling conference.**"  (Doc. 3 ¶ 1.)  The parties were also ordered to submit a "completed ADR-01 'Settlement Procedure Selection' Form and Order" along with their Joint 26(f) Report.  (*Id.* ¶ 1(k).)  Pursuant to the Court's discretion under Federal Rule of Civil Procedure 83, failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or imposing sanctions.

      On its own motion, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or impose sanctions for the failure to submit a Joint Rule 26(f) Report and completed ADR-01 Form and Order.  No later than **October 31, 2011,** counsel shall submit a Joint Rule 26(f) Report, a completed ADR-01 Form and Order, and a separate written response explaining why they have failed to comply with the Court's filing deadlines.

                                                                           Initials of Preparer:  enm